UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RODRIGUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant.<br>_____/ | No. C-08-5257 MHP<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR RELIEF FROM JUDGMENT**<br><br>**(Docket No. 17)** |

     Mr. Rodriguez, the pro se plaintiff in this case, has filed a motion for relief from judgment under Rule 60 of the Federal Rules of Civil Procedure. Mr. Rodriguez's motion, however, fails to provide any information about the judgment from which he seeks relief, or the grounds for his request. His motion contains no content other than an unexplained citation to Title VI of the Civil Rights Act of 1964, which prohibits discrimination by programs receiving federal funding. *See* 42 U.S.C. § 2000d. The only substantive order in this case, to which Mr. Rodriguez's motion presumably applies, denies his application to proceed *in forma pauperis* and dismisses his complaint for lack of subject matter jurisdiction. The Court, finding that Mr. Rodriguez had filed numerous meritless complaints against similar parties based on similar allegations, also ordered his future complaints to be subject to pre-filing review.

///

///

///

As Mr. Rodriguez fails to identify any facts or argument showing that he is entitled to relief from judgment, his motion **DENIED**.

IT IS SO ORDERED.

Dated: February 4, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

2